| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Raymond and Raymond<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: bankruptcy123@comcast.net<br>Herbert B. Raymond #HR-1379;<br>Jeffrey M. Raymond; Kevin de Lyon<br>Attorneys for the Debtor(s) | Order Filed on May 2, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>TONYA AGOSTO,  DEBTOR(S) | Case No.:  17-19983 (JKS)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: JOHN SHERWOOD |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

   The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: May 2, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Tonya Agosto,  Debtor(s)

Case no.17-19983 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees
_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$800.00** for services rendered and expenses in the amount **$0.00**   for a total of **$800.00.**  The allowance shall be payable

    ___XXXX___    through the Chapter 13 plan as an administrative priority.

    _____   outside the plan.

***The debtor's monthly plan payment is modified to require payments as follows:***

    **$400 per month for twelve (12) months**

    **$605 per month for eleven (11) months starting June 2018**

    **$611 per month for thirty-seven (37) months starting May 2019**

***These payments are to be made by the Debtor to the Chapter 13 Trustee, Marie-Ann Greenberg, Esq.***

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.