Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

              Case No.:  17−19983−JKS
              Chapter:  13
              Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tonya M Agosto
   aka Tonya M Darby, aka Tonya M
   Darby−Agosto
   214 Laurel Avenue
   Maplewood, NJ 07040

Social Security No.:
   xxx−xx−0383

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/22/21 at 10:00 AM

to consider and act upon the following:

*52* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/2/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*55* − Certification in Opposition to (related document:52 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/2/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Herbert B. Raymond on behalf of Tonya M Agosto. (Raymond, Herbert)

Dated: 3/30/21

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court