UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4ᵀᴴ Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

**Order Filed on April 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 17-19983 (JKS) |
| | Adv. No.: |
| TONYA AGOSTO, DEBTOR(S) | Hearing Date: |
| | Judge: JOHN SHERWOOD |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: April 20, 2021**

_/s/ J.K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Tonya Agosto,  Debtor(s)

Case no.17-19983 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees
_____

   The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

   ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$800.00** for services rendered and expenses in the amount **$0.00**  for a total of **$800.00**.  The allowance shall be payable

   ___XXXX___   through the Chapter 13 plan as an administrative priority.

   _____   outside the plan.

*The debtor's monthly plan payment is modified to require payments as follows:*

**$400 per month for twelve (12) months**

**$605 per month for eleven (11) months starting June 2018**

**$611 per month for twenty-four (24) months starting May 2019**

**$624 per month thirteen (13) months starting May 2021**

*These payments are to be made by the Debtor to the Chapter 13 Trustee, Marie-Ann Greenberg, Esq.*

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.