**ATTORNEY AT LAW**

**PETER J. LISKA, LLC**

Peter J. Liska  Member of NJ, NY & Washington, DC BAR
Elizabeth A. Hopkins • Allison J. Kiffin

TEL 732•933•7777   FAX 732•224•8914   COLLECTIONS@PETERLISKA.COM
766 Shrewsbury Avenue • Tinton Falls • New Jersey 07724

May 23, 2022

Via CM/ECF
Marie Ann Greenberg, Trustee
30 Two Bridges Road, Suite 330
Fairfield, N.J. 07004

    *In Re:  Tonya Agosto*
    *Case No. 17-19983*
    *Our File No. 19975-2363*

Dear Trustee:

Please be advised that the Law Offices of Peter J. Liska, LLC will be closing our Litigation Department with a tentative closing date of March 31, 2022. Thereafter, we will not be accepting Trustee payments on behalf of our clients.

**Effective immediately**, please send all Trustee payments and bankruptcy notices directly to the Credit Union at the new address provided below.

| | |
|---|---|
| Party's Name/Type: | Credit Union of New Jersey, Creditor |
| Old Address: | c/o Peter J. Liska, LLC<br>766 Shrewsbury Avenue<br>Tinton Falls, NJ 07724 |
| New Address: | Attn. Risk Mitigation Department<br>PO Box 7921<br>Ewing, NJ 08628-3010 |

All inquiries regarding this case should be directed to the Credit Union. You may reach them by phone: (609) 538-4061, ext. 2077; and/or by email: riskmitigation@cunj.org.

Thank you,

*/s/Allison J. Kiffin*
Allison J. Kiffin, Esq. for
Peter J. Liska, LLC

AJK/kg