UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Raymond and Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond; Jeffrey M. Raymond; Kevin L. de Lyon, Attorneys for the Debtor(s)

Order Filed on June 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TONYA M. AGOSTO, DEBTOR

Case Number: 17-19983 JKS

Hearing Date: 6/23/22 @ 10:00 A.M.

Judge: John K. Sherwood

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

### ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 28, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been presented to the Court by __Tonya Agosto, Debtor__ and the Court having reviewed the motion and no opposition to the motion having been filed, and for good cause shown, it is:

ORDERED that:

The automatic stay is reinstated as to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.5/1/19*