| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Raymond and Raymond, Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond, Esq.; Jeffrey M. Raymond, Esq., Kevin DeLyon, Esq.<br>Attorneys for the Debtor(s) | |
| In Re:<br><br>TONYA M. AGOSTO, DEBTOR | Case No.:   17-19983 JKS<br><br>Chapter:    13<br><br>Adv. No.:   _____<br><br>Hearing Date:  6/23/22 @ 10:00 A.M.<br><br>Judge:   John K. Sherwood, U.S.B.J. |

## CERTIFICATION OF SERVICE

1. I, _KENNETH RAYMOND :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for RAYMOND & RAYMOND, ESQS., HERBERT B. RAYMOND, ESQ., RECORD COUNSEL_, who represents the DEBTOR_ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On JUNE 28, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Order Reinstating Automatic Stay

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   JUNE 28, 2022                                              /S/ KENNETH RAYMOND_
                                                                               Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Esq.<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd.<br>Fairfield, N.J. 07004 | CHAPTER 13 TRUSTEE | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Specialized Loan Servicing LLC<br>6200 S. Quebec Street<br>Greenwood Village, CO 80111<br>Attn: Officer, Managing or General Agent Or Any Other Agent Authorized By Law to Receive Service of Process<br>Attn: Toby Wells, Ceo | SECURED CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Stewart Legal Group, P.L.<br>401 East Jackson St, Suite 2340<br>Tampa, FL 33602<br>Attn: Gavin Stewart, Esq.<br>Attorneys for Specialized Loan Servicing, LLC | AUTHORIZED AGENT AND/OR ATTORNEYS FOR SECURED CREDITOR | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Name and Address of Party Served | Relationship of | Mode of Service |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Raymond and Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond; Jeffrey M. Raymond; Kevin L. de Lyon, Attorneys for the Debtor(s)

Order Filed on June 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TONYA M. AGOSTO, DEBTOR

Case Number: 17-19983 JKS

Hearing Date: 6/23/22 @ 10:00 A.M.

Judge: John K. Sherwood

Chapter: 13

Recommended Local Form:  ☒ Followed   ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: June 28, 2022

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been presented to the Court by __Tonya Agosto, Debtor__ and the Court having reviewed the motion and no opposition to the motion having been filed, and for good cause shown, it is:

ORDERED that:

The automatic stay is reinstated as to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.5/1/19*

2