UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Raymond and Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond; Jeffrey M. Raymond; Kevin L. de Lyon, Attorneys for the Debtor(s)

Order Filed on June 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TONYA M. AGOSTO, DEBTOR

| | |
|---|---|
| Case Number: | 17-19983 JKS |
| Hearing Date: | 6/23/22 @ 10:00 A.M. |
| Judge: | John K. Sherwood |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed    ☐ Modified

**ORDER REINSTATING AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 28, 2022**

/s/ John K. Sherwood

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been presented to the Court by __Tonya Agosto, Debtor__ and the Court having reviewed the motion and no opposition to the motion having been filed, and for good cause shown, it is:

ORDERED that:

The automatic stay is reinstated as to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.5/1/19*

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 17-19983-JKS

Tonya M Agosto     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2

Date Rcvd: Jun 28, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tonya M Agosto, 214 Laurel Avenue, Maplewood, NJ 07040-1914 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison J. Kiffin | on behalf of Creditor Credit Union of New Jersey collections@peterliska.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Herbert B. Raymond | on behalf of Debtor Tonya M Agosto herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 28, 2022 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
                     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6