UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

RAYMOND & RAYMOND
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4ᵀᴴ FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
Email: herbertraymond@gmail.com
HERBERT B. RAYMOND, ESQ.
JEFFREY M. RAYMOND, ESQ.
KEVIN DELYON, ESQ.
ATTORNEYS FOR THE DEBTOR(s)

**Order Filed on July 7, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

TONYA M. AGOSTO, DEBTOR(S)

Case No.: 17-19983 (JKS)

Adv. No.:

Hearing Date: 6/23/2022 @ 10:00 A.M.

Judge: JOHN K. SHERWOOD, U.S.B.J.

# AMENDED ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: July 7, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Tonya M. Agosto, Debtor(s)
Case no.: 17-19983 JKS
Caption of order: Revised Order Reimposing and/or Reinstating Automatic Stay as to Specialized Loan Servicing, LLC and/or Vacating Order Entered on April 25, 2022, Vacating the Automatic Stay and Co-Debtor Stay in Favor of Specialized Loan Servicing, LLC  _____

1. This Order amends the Order Reinstating Automatic Stay that was entered on the docket on June 28, 2022 (Docket Entry No. 73).

2. The automatic stay and co-debtor stay, are reimposed and/or reinstated as to Specialized Loan Servicing, LLC, regarding real property, owned by the Debtor, located at 214 Laurel Avenue, Maplewood, New Jersey 07040.

3. That the Order Vacating the Automatic Stay and the Co-Debtor Stay, entered on April 25, 2022, in favor of Specialized Loan Servicing, LLC, regarding this realty, be and is, hereby vacated.

4. The Trustee must continue to make disbursements/payments, consistent with the plan on Specialized Loan Servicing, LLC's claim.