|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>RAYMOND & RAYMOND<br>ATTORNEYS AT LAW<br>7 GLENWOOD AVENUE, 4^(TH) FLOOR<br>EAST ORANGE, NEW JERSEY 07017<br>TELEPHONE (973) 675-5622<br>TELEFAX (408) 519-6711<br>Email: herbertraymond@gmail.com<br>HERBERT B. RAYMOND, ESQ.<br>JEFFREY M. RAYMOND, ESQ.<br>KEVIN DELYON, ESQ.<br>ATTORNEYS FOR THE DEBTOR(s) | **Order Filed on July 7, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>TONYA M. AGOSTO, DEBTOR(S) | Case No.: 17-19983 (JKS)<br><br>Adv. No.:<br><br>Hearing Date: 6/23/2022 @ 10:00 A.M.<br><br>Judge: JOHN K. SHERWOOD, U.S.B.J. |

# AMENDED ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: July 7, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Tonya M. Agosto, Debtor(s)
Case no.: 17-19983 JKS
Caption of order: Revised Order Reimposing and/or Reinstating Automatic Stay as to Specialized Loan Servicing, LLC and/or Vacating Order Entered on April 25, 2022, Vacating the Automatic Stay and Co-Debtor Stay in Favor of Specialized Loan Servicing, LLC _____

1. This Order amends the Order Reinstating Automatic Stay that was entered on the docket on June 28, 2022 (Docket Entry No. 73).

2. The automatic stay and co-debtor stay, are reimposed and/or reinstated as to Specialized Loan Servicing, LLC, regarding real property, owned by the Debtor, located at 214 Laurel Avenue, Maplewood, New Jersey 07040.

3. That the Order Vacating the Automatic Stay and the Co-Debtor Stay, entered on April 25, 2022, in favor of Specialized Loan Servicing, LLC, regarding this realty, be and is, hereby vacated.

4. The Trustee must continue to make disbursements/payments, consistent with the plan on Specialized Loan Servicing, LLC's claim.

United States Bankruptcy Court

District of New Jersey

In re:                                                         Case No. 17-19983-JKS

Tonya M Agosto                            Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                            User: admin                                 Page 1 of 2

Date Rcvd: Jul 07, 2022                      Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tonya M Agosto, 214 Laurel Avenue, Maplewood, NJ 07040-1914 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2022                                Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison J. Kiffin | on behalf of Creditor Credit Union of New Jersey collections@peterliska.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Herbert B. Raymond | on behalf of Debtor Tonya M Agosto herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 07, 2022 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6