Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF OCTOBER 11, 2022

**Chapter 13 Case # 17-19983**

Re:   TONYA M AGOSTO                                           Atty:   HERBERT B. RAYMOND, ESQ.
      214 LAUREL AVENUE                                                7 GLENWOOD AVENUE
      MAPLEWOOD, NJ  07040                                             4TH FLOOR SUITE 408
                                                                       EAST ORANGE, NJ  07017

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $34,356.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/26/2017 | $400.00 | 4067386000 - | 07/27/2017 | $400.00 | 4155531000 - |
| 08/14/2017 | $400.00 | 4202741000 - | 09/13/2017 | $400.00 | 4279609000 - |
| 10/23/2017 | $400.00 | 4380808000 - | 11/07/2017 | $400.00 | 4427635000 - |
| 12/04/2017 | $400.00 | 4493904000 - | 01/10/2018 | $400.00 | 4582967000 - |
| 02/06/2018 | $400.00 | 4653340000 - | 03/12/2018 | $400.00 | 4742925000 - |
| 04/09/2018 | $400.00 | 4820845000 | 05/14/2018 | $400.00 | 4913357000 |
| 06/18/2018 | $605.00 | 5001036000 | 07/30/2018 | $605.00 | 5105015000 |
| 08/17/2018 | $605.00 | 5159385000 | 09/20/2018 | $605.00 | 5244464000 |
| 11/19/2018 | $605.00 | 5402411000 | 01/14/2019 | $605.00 | 5541245000 |
| 02/25/2019 | $1,815.00 | 5641644000 | 03/25/2019 | $605.00 | 5725573000 |
| 04/19/2019 | $605.00 | 5793074000 | 06/04/2019 | $611.00 | 5913076000 |
| 07/01/2019 | $611.00 | 5974357000 | 07/17/2019 | $611.00 | 6021307000 |
| 08/05/2019 | $611.00 | 6070404000 | 09/06/2019 | $611.00 | 6158349000 |
| 10/09/2019 | $611.00 | 6241742000 | 11/18/2019 | $611.00 | 6337134000 |
| 12/10/2019 | $611.00 | 6386142000 | 01/13/2020 | $611.00 | 6477192000 |
| 02/10/2020 | $611.00 | 6549694000 | 03/12/2020 | $611.00 | 6635465000 |
| 04/17/2020 | $611.00 | 6720336000 | 05/18/2020 | $611.00 | 6796984000 |
| 06/29/2020 | $611.00 | 6898843000 | 08/05/2020 | $611.00 | 6992414000 |
| 09/21/2020 | $611.00 | 7100698000 | 10/19/2020 | $611.00 | 7167665000 |
| 11/10/2020 | $611.00 | 7225605000 | 11/30/2020 | $611.00 | 7268632000 |
| 12/18/2020 | $611.00 | 7314566000 | 02/08/2021 | $611.00 | 7440118000 |
| 03/22/2021 | $1,222.00 | 7543038000 | 04/20/2021 | $611.00 | 7611176000 |
| 05/13/2021 | $624.00 | 7667299000 | 06/02/2021 | $624.00 | 7706182000 |
| 07/29/2021 | $624.00 | 7839183000 | 08/26/2021 | $624.00 | 7902576000 |
| 09/20/2021 | $624.00 | 7958917000 | 10/25/2021 | $624.00 | 8033216000 |
| 11/29/2021 | $624.00 | 8102399000 | 12/17/2021 | $624.00 | 8152370000 |
| 01/21/2022 | $624.00 | 8223456000 | 02/22/2022 | $624.00 | 8288669000 |
| 03/22/2022 | $624.00 | 8354916000 | 05/02/2022 | $624.00 | 8437532000 |
| 05/25/2022 | $624.00 | 8485383000 | 07/25/2022 | $125.00 | 8603574000 |

| Total Receipts: $34,356.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $34,356.00 |
|---|

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,943.49 | |
| ATTY | ATTORNEY | ADMIN | 4,600.00 | 100.00% | 4,600.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,139.74 | * | 0.26 | |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,694.38 | * | 0.17 | |
| 0017 | QUANTUM3 GROUP LLC | UNSECURED | 2,615.41 | * | 0.16 | |
| 0021 | CREDIT ONE BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | CREDIT UNION OF NEW JERSEY | UNSECURED | 5,649.59 | * | 0.35 | |
| 0025 | FIRST PREMIER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | HONDA FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | NAVIENT SOLUTIONS, LLC. | UNSECURED | 116,343.97 | * | 7.28 | |
| 0040 | PNC BANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | THE BANK OF NEW YORK MELLON | MORTGAGE ARRE | 27,272.92 | 100.00% | 27,272.92 | |
| 0049 | MIDLAND FUNDING LLC | UNSECURED | 1,572.77 | * | 0.10 | |
| 0062 | WELLS FARGO | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,077.36 | * | 0.26 | |
| 0069 | VERIZON | UNSECURED | 198.13 | * | 0.01 | |
| 0070 | THE BANK OF NEW YORK MELLON | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | |

Total Paid: $34,356.00
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---:|---|---|---:|---|
| CREDIT UNION OF NEW JERSEY | | | | | | |
| | 09/19/2022 | $0.35 | 897649 | | | |
| MIDLAND FUNDING LLC | | | | | | |
| | 09/19/2022 | $0.10 | 896987 | | | |
| NAVIENT SOLUTIONS, LLC. | | | | | | |
| | 09/19/2022 | $7.28 | 897941 | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 09/19/2022 | $0.26 | 8003048 | 09/19/2022 | $0.26 | 8003048 |
| | 09/19/2022 | $0.17 | 8003048 | | | |
| QUANTUM3 GROUP LLC | | | | | | |
| | 09/19/2022 | $0.16 | 8003042 | | | |

**Chapter 13 Case # 17-19983**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| THE BANK OF NEW YORK MELLON | | | | | | |
| | 02/20/2018 | $26.80 | 797391 | 03/19/2018 | $376.40 | 799232 |
| | 04/16/2018 | $376.40 | 801115 | 05/14/2018 | $378.40 | 803010 |
| | 06/18/2018 | $378.40 | 804988 | 08/20/2018 | $572.33 | 808874 |
| | 09/17/2018 | $1,159.18 | 810776 | 10/22/2018 | $586.85 | 812753 |
| | 01/14/2019 | $570.52 | 818483 | 03/18/2019 | $570.52 | 822416 |
| | 04/15/2019 | $1,711.54 | 824403 | 05/20/2019 | $341.04 | 826452 |
| | 07/15/2019 | $586.56 | 830221 | 08/19/2019 | $1,173.12 | 832280 |
| | 09/16/2019 | $586.56 | 834229 | 10/21/2019 | $601.84 | 836331 |
| | 11/18/2019 | $579.23 | 838342 | 01/13/2020 | $1,158.46 | 842097 |
| | 03/16/2020 | $1,158.46 | 845925 | 04/20/2020 | $579.23 | 847878 |
| | 05/18/2020 | $549.90 | 849646 | 07/20/2020 | $549.90 | 853205 |
| | 08/17/2020 | $565.18 | 855020 | 09/21/2020 | $565.18 | 856899 |
| | 11/16/2020 | $565.18 | 860499 | 12/21/2020 | $1,130.36 | 862393 |
| | 01/11/2021 | $565.18 | 863999 | 02/22/2021 | $565.18 | 865925 |
| | 03/15/2021 | $565.18 | 867540 | 05/17/2021 | $310.21 | 871223 |
| | 05/17/2021 | $20.14 | 871223 | 06/21/2021 | $70.21 | 873077 |
| | 06/21/2021 | $1,081.53 | 873077 | 07/19/2021 | $550.80 | 874796 |
| | 07/19/2021 | $35.76 | 874796 | 09/20/2021 | $35.76 | 878291 |
| | 09/20/2021 | $550.80 | 878291 | 10/18/2021 | $550.81 | 880022 |
| | 10/18/2021 | $35.75 | 880022 | 11/17/2021 | $35.76 | 881702 |
| | 11/17/2021 | $550.80 | 881702 | 12/13/2021 | $556.67 | 883341 |
| | 12/13/2021 | $36.13 | 883341 | 01/10/2022 | $36.14 | 884990 |
| | 01/10/2022 | $556.66 | 884990 | 02/14/2022 | $556.67 | 886713 |
| | 02/14/2022 | $36.13 | 886713 | 03/14/2022 | $36.14 | 888388 |
| | 03/14/2022 | $556.66 | 888388 | 04/18/2022 | $556.67 | 890158 |
| | 04/18/2022 | $36.13 | 890158 | 07/18/2022 | $110.12 | 895177 |
| | 07/18/2022 | $1,696.36 | 895177 | 09/19/2022 | $105.20 | 898397 |
| | 09/19/2022 | $6.83 | 898397 | | | |
| VERIZON | | | | | | |
| | 09/19/2022 | $0.01 | 898524 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: October 11, 2022.

Receipts: $34,356.00    -    Paid to Claims: $27,812.51    -    Admin Costs Paid: $6,543.49    =    Funds on Hand: $0.00

Base Plan Amount: $34,356.00    -    Receipts: $34,356.00    =    Total Unpaid Balance: **$0.00

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.