| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Tonya M Agosto<br>First Name    Middle Name    Last Name | Social Security number or ITIN xxx–xx–0383<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN ____<br>EIN __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–19983–JKS | |

# Order of Discharge                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Tonya M Agosto
> aka Tonya M Darby, aka Tonya M
> Darby–Agosto

10/12/22                                                **By the court:** John K. Sherwood
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                       Case No. 17-19983-JKS
Tonya M Agosto                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                           Page 1 of 5
Date Rcvd: Oct 12, 2022                 Form ID: 3180W                                   Total Noticed: 75

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tonya M Agosto, 214 Laurel Avenue, Maplewood, NJ 07040-1914 |
| cr | + | Credit Union of New Jersey, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 516826788 | + | ACS Education Services, PO Box 7057, Utica, NY 13504-7057 |
| 516826789 | + | ACS/ College Loan Corporation, 501 Beecker Street, Utica, NY 13501-2401 |
| 516826830 | + | PNC Bank, PO Box 8832, Wilmington, DE 19899-8832 |
| 516826829 | | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 516826831 | | PNC Bank, PO Box 4700, Wilkes Barre, PA 18773-4700 |
| 516826826 | + | Parker McCay, 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |
| 516826827 | + | Parker McCay, P.A., 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |
| 516826828 | + | Parker McCay, P.A. ESQ, 3840 Quakerbridge Road, Suie 200, Hamilton, NJ 08619-1003 |
| 516826839 | + | Specialized Loan Servicing, LLC, PO Box 105219, Atlanta, GA 30348-5219 |
| 516826847 | + | Tsys Total Debt Management , Inc., PO Box 6700, Norcross, GA 30091-6700 |
| 516826849 | + | US Department of Education, National Payment Center, PO Box 4169, Greenville, TX 75403-4169 |
| 516826852 | + | US Department of Education, National Payment Center, PO Box 4142, Greenville, TX 75403-4142 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 12 2022 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 12 2022 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Oct 13 2022 01:08:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 516826820 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 12 2022 21:23:00 | Honda, National Service Center, PO Box 165378, Irving, TX 75016 |
| 516826819 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 12 2022 21:23:00 | Honda, PO Box 65507, Wilmington, DE 19808 |
| 516826790 | + | EDI: BANKAMER.COM | Oct 13 2022 01:08:00 | BAC Home Loan Servicing, PO Box 650070, Dallas, TX 75265-0070 |
| 516826793 | + | EDI: BANKAMER2.COM | Oct 13 2022 01:08:00 | Bank of America, PO Box 9000, Getzville, NY 14068-9000 |
| 516826791 | + | EDI: BANKAMER.COM | Oct 13 2022 01:08:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 516826792 | + | EDI: BANKAMER2.COM | Oct 13 2022 01:08:00 | Bank of America, PO Box 17645, Baltimore, MD 21297-1645 |
| 516826794 | | EDI: CAPITALONE.COM | Oct 13 2022 01:08:00 | Capital One, 15000 Capital One Drive, Richmond, |

Case 17-19983-JKS    Doc 85    Filed 10/14/22    Entered 10/15/22 00:18:08    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: 3180W | Total Noticed: 75 |

| | | | |
|---|---|---|---|
| 516826797 | EDI: CAPITALONE.COM | | VA 23238 |
| | | Oct 13 2022 01:08:00 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 516826800 | EDI: CAPITALONE.COM | | |
| | | Oct 13 2022 01:08:00 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 516826814 | Email/Text: bankruptcy@cunj.org | | |
| | | Oct 12 2022 21:22:00 | Credit Union Of NJ, 7 Dunmore Avenue, Ewing, NJ 08618 |
| 516826815 | Email/Text: bankruptcy@cunj.org | | |
| | | Oct 12 2022 21:22:00 | Credit Union Of NJ, P0 Box 7921, Ewing, NJ 08628 |
| 516922180 | Email/Text: bankruptcy@cunj.org | | |
| | | Oct 12 2022 21:22:00 | Credit Union of New Jersey, Attn: Risk Mitigation Dept., P.O. Box 7921, Ewing, NJ 08628 |
| 516826813 | Email/Text: bankruptcy@cunj.org | | |
| | | Oct 12 2022 21:22:00 | Credit Union of New Jersey, PO Box 7921, Trenton, NJ 08628 |
| 516826799 | + EDI: CAPITALONE.COM | | |
| | | Oct 13 2022 01:08:00 | Capital One, 1957 Westmoreland Rd., Richmond, VA 23276-0001 |
| 516826796 | + EDI: CAPITALONE.COM | | |
| | | Oct 13 2022 01:08:00 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 516826798 | + EDI: CAPITALONE.COM | | |
| | | Oct 13 2022 01:08:00 | Capital One, PO Box 85147, Richmond, VA 23276-0001 |
| 516826803 | + EDI: CAPITALONE.COM | | |
| | | Oct 13 2022 01:08:00 | Capital One Bank, P0 Box 70884, Charlotte, NC 28272-0884 |
| 516826805 | + EDI: CAPITALONE.COM | | |
| | | Oct 13 2022 01:08:00 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516826807 | + EDI: WFNNB.COM | | |
| | | Oct 13 2022 01:08:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 516826806 | + EDI: WFNNB.COM | | |
| | | Oct 13 2022 01:08:00 | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 516826809 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Oct 12 2022 21:27:23 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 516826810 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Oct 12 2022 21:27:21 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 516826811 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Oct 12 2022 21:28:09 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 516826812 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Oct 12 2022 21:27:23 | Credit One Bank Na, P0 Box 98875, Las Vegas, NV 89193-8875 |
| 516826817 | + EDI: AMINFOFP.COM | | |
| | | Oct 13 2022 01:08:00 | First Premier Bank, PO Box 5114, Sioux Falls, SD 57117-5114 |
| 516826816 | + EDI: AMINFOFP.COM | | |
| | | Oct 13 2022 01:08:00 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 517060488 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Oct 12 2022 21:22:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516826822 | + EDI: NAVIENTFKASMDOE.COM | | |
| | | Oct 13 2022 01:08:00 | Navient, P0 Box 9635, Wilkes Barre, PA 18773-9635 |
| 516995464 | EDI: NAVIENTFKASMDOE.COM | | |
| | | Oct 13 2022 01:08:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 516826825 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Oct 12 2022 21:22:00 | Nelnet Loans, 6420 Southpoint Parkway, Jacksonville, FL 32216-0946 |
| 516826832 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Oct 12 2022 21:22:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 516826833 | Email/Text: Bankruptcy.Notices@pnc.com | | |

Case 17-19983-JKS    Doc 85    Filed 10/14/22    Entered 10/15/22 00:18:08    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: 3180W | Total Noticed: 75 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 12 2022 21:22:00 | Pnc Bank, N.a., 1 Financial Parkway, Kalamazoo, MI 49009 |
| 517079883 | | EDI: PRA.COM | Oct 13 2022 01:08:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516965553 | | EDI: Q3G.COM | Oct 13 2022 01:08:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516826836 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 12 2022 21:22:00 | SLS, 8742 Lucent Boulevard, Suite 300, Littleton, CO 80129-2386 |
| 516826834 | + | EDI: NAVIENTFKASMSERV.COM | Oct 13 2022 01:08:00 | Sallie Mae Bankruptcy, 220 Lasley Avenue, Wilkes Barre, PA 18706-1430 |
| 516826835 | | EDI: NAVIENTFKASMSERV.COM | Oct 13 2022 01:08:00 | Sallie Mae Servicing, PO Box 4600, Wilkes Barre, PA 18773 |
| 516826837 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 12 2022 21:22:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 516826840 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 12 2022 21:22:00 | Specialized Loan Servicing, LLC, PO Box 636005, Littleton, CO 80163-6005 |
| 516826843 | + | EDI: RMSC.COM | Oct 13 2022 01:08:00 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 516826842 | + | EDI: RMSC.COM | Oct 13 2022 01:08:00 | Synchrony Bank, P0 Box 965005, Orlando, FL 32896-5005 |
| 516826845 | + | EDI: RMSC.COM | Oct 13 2022 01:08:00 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 516826844 | + | EDI: RMSC.COM | Oct 13 2022 01:08:00 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 516826846 | + | EDI: RMSC.COM | Oct 13 2022 01:08:00 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 516828345 | + | EDI: RMSC.COM | Oct 13 2022 01:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516905186 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 12 2022 21:22:00 | The Bank of NY Mellon, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 519195078 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 12 2022 21:22:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 516826848 | + | Email/Text: EDBKNotices@ecmc.org | Oct 12 2022 21:21:00 | US Department of Edcuation, PO Box 5609, Greenville, TX 75403-5609 |
| 516826850 | + | Email/Text: edbknotices@ecmc.org | Oct 12 2022 21:22:00 | US Department of Education, PO Box 530260, Atlanta, GA 30353-0260 |
| 516944889 | + | EDI: AIS.COM | Oct 13 2022 01:08:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516826854 | + | EDI: WFNNB.COM | Oct 13 2022 01:08:00 | Victoria Secrets, PO Box 659728, San Antonio, TX 78265-9728 |
| 516826853 | | EDI: WFNNB.COM | Oct 13 2022 01:08:00 | Victoria Secrets, PO Box 182128, Columbus, OH 43218-2128 |
| 516826855 | + | EDI: WFFC.COM | Oct 13 2022 01:08:00 | Wells Fargo, P0 Box 84712, Sioux Falls, SD 57118-4712 |
| 516826856 | | EDI: WFFC2 | Oct 13 2022 01:08:00 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 516826857 | + | EDI: WFFC.COM | | |

Case 17-19983-JKS  Doc 85  Filed 10/14/22  Entered 10/15/22 00:18:08  Desc Imaged
Certificate of Notice  Page 6 of 7

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: 3180W | Total Noticed: 75 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 13 2022 01:08:00 | Wells Fargo EFS, P0 Box 84712, Sioux Falls, SD 57118-4712 |
| 516826859 | + | EDI: WFFC.COM | | |
| | | | Oct 13 2022 01:08:00 | Wells Fargo Financial, PO Box 98784, Las Vegas, NV 89193-8784 |
| 516826858 | + | EDI: WFFC.COM | | |
| | | | Oct 13 2022 01:08:00 | Wells Fargo Financial, PO Box 5943, Sioux Falls, SD 57117-5943 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516857587 | | William Agosto |
| 516826821 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial, 201 Little Falls Drive, Wilmington, DE 19808 |
| 516826795 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 516826801 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 516826802 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 516826804 | *+ | Capital One Bank, PO Box 70884, Charlotte, NC 28272-0884 |
| 516826808 | *+ | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 516826818 | *+ | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 516826823 | *+ | Navient, P0 Box 9635, Wilkes Barre, PA 18773-9635 |
| 516826824 | *+ | Navient Inc., P0 Box 9635, Wilkes Barre, PA 18773-9635 |
| 516826838 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 516826841 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 516826851 | *+ | US Department of Education, National Payment Center, PO Box 4169, Greenville, TX 75403-4169 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison J. Kiffin | on behalf of Creditor Credit Union of New Jersey collections@peterliska.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Oct 12, 2022 | Form ID: 3180W | Total Noticed: 75 |

| | |
|---|---|
| Herbert B. Raymond | on behalf of Debtor Tonya M Agosto herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7